# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **MICHAEL J. NASSER, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 5:12cv097 |
| | ) | |
| v. | ) | |
| | ) | |
| **WHITEPAGES, INC.,** | ) | By: Hon. Michael F. Urbanski |
| | ) | United States District Judge |
| **Defendant.** | ) | |

## ORDER

In accordance with the Memorandum Opinion entered this date, it is hereby **ORDERED** as follows:

1. Plaintiff's motion to quash (Dkt. # 50) is **DENIED in part** and **GRANTED in part**;

2. Plaintiff's motion for summary judgment (Dkt. #43) is **DENIED**; and

3. Defendant's motion for summary judgment (Dkt. #38) is **GRANTED**.

It is accordingly further **ORDERED** that this case be **DIMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to counsel of record and the pro se plaintiff.

Entered: November 21, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge