# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| MICHAEL J. NASSER, SR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 5:12cv00097 |
| ) | |
| v. ) | |
| ) | |
| WHITEPAGES, INC., ) | By: Hon. Michael F. Urbanski |
| ) | United States District Judge |
| Defendant. ) | |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to all dispositive motions. Dkt. No. 67. The Magistrate Judge filed a report and recommendation on April 1, 2014. In the report and recommendation, the Magistrate Judge addresses defendant WhitePages, Inc.'s ("WhitePages") bill of costs, Dkt. No. 56, *pro se* plaintiff Michael J. Nasser's motion to dismiss the bill of costs, Dkt. No. 58, Nasser's own motion to recover his litigation expenses in this case, Dkt. No. 64, and Nasser's motion to certify three questions to the Supreme Court of Virginia. Dkt. No. 70. The Magistrate Judge recommended that the court rule as follows:

1. **GRANT in part** and **DENY in part** WhitePages's bill of costs, Dkt. No. 56, and award WhitePages costs in the amount of $350.00;

2. **DENY** Nasser's motion to dismiss the bill of costs, Dkt. No. 58;

3. **DENY** Nasser's motion to recover his own litigation expenses, Dkt. No. 64.; and

4. **DENY** Nasser's motion to certify three questions to the Supreme Court of Virginia. Dkt. No. 70.

No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted *in toto*. It is accordingly **ORDERED** and **ADJUDGED** that that the report and recommendation, Dkt. No. 73, is **ADOPTED in its entirety** by the court.

The Clerk is directed to send a certified copy of this Order to the *pro se* plaintiff and to all counsel of record.

Entered: April 24, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge