CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JUL 0 2 2014

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MICHAEL J. NASSER, SR., | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 5:12cv00097 |
| | ) |
| v. | ) |
| | ) |
| WHITEPAGES, INC, | ) By: Hon. Michael F. Urbanski |
| | ) United States District Judge |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this day,

1. Nasser's February 18, 2014 memorandum opposing WhitePages' sanctions motion, Dkt. No. 65, is construed as a motion to extend the time to appeal and is **DENIED**.

2. To the extent that Nasser's motion for an extension of time to file an appeal filed on April 8, 2014, Dkt. No. 75, was not merely duplicative of his prior motion for extension, it is **DENIED** as untimely.

3. Nasser's April 16, 2014 Appeal of Magistrate Judge's Decision, Dkt. No. 79, is **DENIED**. To the extent this pleading is also construed as an objection to the report and recommendation of April 1, 2014, it is **OVERRULED**.

4. The court's Order of April 24, 2014, Dkt. No. 81, **STANDS**.

5. Judge Hoppe's report and recommendation of April 30, 2014, Dkt. No. 84, is **ADOPTED in its entirety** by the court.

6. Nasser's May 7, 2014 Motion to amend/correct the record, Dkt. No. 85, is **GRANTED**.

7. Nasser's May 15, 2014 Objection to the report and recommendation of April 30, 2014, Dkt. No. 86, is **OVERRULED**.

It is so **ORDERED**.

The Clerk is directed to send a certified copy of this Order to the *pro se* plaintiff and to all counsel of record

Entered: July 2, 2014

/s/ Michael F. Urbanski
───────────────────────
Michael F. Urbanski
United States District Judge